Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
для the
Eastern District of Virginia

_____Alexandria_____ Division

| | |
|---|---|
| JAMES B. COMEY JR. | Case No. )<br>) (to be filled in by the Clerk's Office)<br>) 1:25cv1734 |
| *Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | )<br>) Jury Trial: *(check one)* ✔ Yes ☐ No<br>) |
| -v- | ) |
| Kash Patel, Director, FBI<br>Donald J. Trump, President of United States<br>FBI, DOJ | )<br>)<br>) |
| *Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) |

Filed OCT - 9 2025, CLERK, U.S. DISTRICT COURT, ALEXANDRIA, VIRGINIA

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JAMES B. COMEY JR. |
| Street Address | |
| City and County | McLean and Fairfax |
| State and Zip Code | VA and 22102 |
| Telephone Number | |
| E-mail Address | |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

*Dauru/ai 10/03/2025*

Defendant No. 1

    Name      Kash Patel

    Job or Title *(if known)*      Director, FBI

    Street Address      935 Pennsylvania Avenue, NW

    City and County      Washington, D.C and Washington, D.C.

    State and Zip Code      20535-0001

    Telephone Number      (202) 324-3000

    E-mail Address *(if known)*

Defendant No. 2

    Name      Donald J Trump

    Job or Title *(if known)*      President of United States

    Street Address      1600 Pennsylvania Avenue, NW

    City and County      Washington, D.C and Washington, D.C.

    State and Zip Code      20500

    Telephone Number      (202) 456-7041

    E-mail Address *(if known)*

Defendant No. 3

    Name      FBI

    Job or Title *(if known)*

    Street Address      935 Pennsylvania Avenue, NW

    City and County      Washington, D.C and Washington, D.C.

    State and Zip Code      20535-0001

    Telephone Number      (202) 324-3000

    E-mail Address *(if known)*

Defendant No. 4

    Name      U.S. Department of Justice

    Job or Title *(if known)*

    Street Address      950 Pennsylvania Avenue, N.W.

    City and County      Washington, D.C and Washington, D.C.

    State and Zip Code      20530

    Telephone Number      (202) 514-2000

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question         ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____

       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

The defendant, *(name)*            , is incorporated under the laws of the State of *(name)*       , and has its principal place of business in the State of *(name)*     .

Or is incorporated under the laws of *(foreign nation)*     , and has its principal place of business in *(name)*     .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Defendants are US Government employees & plaintiff is ex-US Government employee. There were ongoing legal disputes between the defendants & plaintiff. Defendants were able to secure an indictment for plaintiff for one the legal dispute Sep 25, 2025. On the same/next day, defendants used that indictment to slander & libel the plaintiff with completely unrelated US Crimes to millions of followers on social media & news channels harming plaintiffs book selling business & reputation. Defendants slandered the plaintiff without legal basis & used unrelated indictment to convice their followers. Plaintiff is harassed & abused as a result. Libel statements published on TruthSocial by Defendant-2 & on X by Defendant-1 on Sep 25, 2025. Attachments included.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff is in a book selling business for last 8 years to American People & internationally. Defendants have millions of followers on their social media platforms and have considerably damaged the book selling business of plaintiff resulting in millions of dollars of revenue loss short term & in billions long term.

Plaintiff is claiming damages of $1.99B and request the honorable court to order defendants to retract their statements, issue correction and apologies on their corresponding social media platforms.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Oct 01, 2025

Signature of Plaintiff    Gaurav Jain, as "Next Friend" of Plaintiff under Fed Rule 17(C)(2)

Printed Name of Plaintiff    JAMES B COMEY JR.

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

To Be Filed

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| JAMES B COMEY JR<br>(As Indicted in Docket Number: 1:25-cr-00272)<br>(Alexandria Division)<br>**Plaintiff**<br>V.<br><br>Kash Patel, Director, FBI    Donald J. Trump, US President<br>(US Government Employee)    (US Government Employee)<br><br>FBI                            DOJ<br>(US Government Agency)    (US Government Agency)<br><br>**Defendants** | Count One: Slander and Libel<br>**(VA Code 18.2-417)**<br><br><br>Count Two: Conspiracy to Intimidate<br>In Commonwealth of Virginia<br>**(18 U.S. Code § 241)** |

**Prepared By:** Gaurav Jain, as **"Next Friend"** of Plaintiff under **Federal Rule 17(C)(2)**

**Address:** 1585 Beach St #203, San Francisco, CA - 94123
**Phone:** 817 688 9285
**Email:** jainy.gaurav.comey.defamation@gmail.com

*[Signature]*
10/06/2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
__Alexandria__ DIVISION (Alexandria)

JAMES B. COMEY Jr.
_____
Plaintiff(s),

v.

Kash Patel   Donald Trump
FBI  DoJ  (Kash Patel)
_____
Defendant(s),

Civil Action Number: _____

## LOCAL RULE 83.1 (N) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of  Complaint for A Civil Case (Pro Se 1) .
(Title of Document)

Gaurav Jain, as Next Friend of Plaintiff
_____
Name of *Pro Se* Party (Print or Type)

_[signature]_
Signature of *Pro Se* Party

Executed on: 10 / 03 / 2025 (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)