JS 45 (01/2008)                    **REDACTED**

**Criminal Case Cover Sheet**                                      U.S. District Court

**Place of Offense:**          Under Seal: Yes ___ No  X      Judge Assigned: ___Nachmanoff___
City    McLean, VA    Superseding Indictment _____    Criminal Number: 1:25-CR-272
County/Parish _____    Same Defendant _____    New Defendant  X
                        Magistrate Judge Case Number _____    Arraignment Date: _____
                        Search Warrant Case Number _____
                        R 20/R 40 from District of _____
                        Related Case Name and No: _____

**Defendant Information:**
Juvenile -- Yes ___ No  X    FBI # _____
Defendant Name: James B. Comey         Alias Name(s) _____
Address: McLean VA 22102
Employment: _____
Birth date 1960    SS# 9092    Sex M  Def Race White    Nationality U.S.    Place of Birth _____
Height _____  Weight ___  Hair _____  Eyes _____   Scars/Tattoos _____
   Interpreter: X No ___ Yes List language and/or dialect: _____    Automobile Description _____

**Location Status:**
Arrest Date _____
___ Already in Federal Custody as of _____ in _____
___ Already in State Custody    ___ On Pretrial Release    X  Not in Custody
___ Arrest Warrant Requested    ___ Fugitive              X  Summons Requested
___ Arrest Warrant Pending      ___ Detention Sought      ___ Bond

**Defense Counsel Information:**
Name:  Jessica Carmichael         ___ Court Appointed    Counsel conflicted out: _____
Address: _____                    X  Retained
Telephone: 312-758-4454           ___ Public Defender    Federal Public Defender's Office conflicted out:

**U.S. Attorney Information:**
AUSA  Lindsey Halligan    Telephone No:  703-299-3700    Bar #109481 (FL)

**Complainant Agency, Address & Phone Number or Person & Title:**
Miles L. Starr, Special Agent FBI, (202) 440-0266

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC § 1001(a)(2) | False Statement | 1-2 | Felony |
| Set 2 | 18 USC § 1505 | Obstruction | 3 | Felony |
| Set 3 | | | | |

(May be continued on reverse)

Date:  9/25/25    Signature of AUSA:  /s/ Lindsey Halligan

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division



FILED
IN OPEN COURT

SEP 2 5 2025

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES B. COMEY JR.<br><br>*Defendant.* | CRIMINAL NO. 1:25-CR-272<br><br>Count One: False statements within the jurisdiction of the legislative branch of the United States Government (18 U.S.C. § 1001(a)(2))<br><br>Count Two: Obstruction of a Congressional proceeding (18 U.S.C. § 1505) |

## INDICTMENT

### COUNT ONE
False statements within the jurisdiction of the legislative branch of the United States Government
[18 U.S.C. § 1001(a)(2)]

1. On or about September 30, 2020, in the Eastern District of Virginia, the defendant, JAMES B. COMEY JR., did willfully and knowingly make a materially false, fictitious, and fraudulent statement in a matter within the jurisdiction of the legislative branch of the Government of the United States, by falsely stating to a U.S. Senator during a Senate Judiciary Committee hearing that he, JAMES B. COMEY JR., had not "authorized someone else at the FBI to be an anonymous source in news reports" regarding an FBI investigation concerning PERSON 1.

2. That statement was false, because, as JAMES B. COMEY JR. then and there knew, he in fact had authorized PERSON 3 to serve as an anonymous source in news reports regarding an FBI investigation concerning PERSON 1.

3. All in violation of 18 U.S.C. § 1001(a)(2).

## COUNT TWO
Obstruction of a Congressional proceeding
[18 U.S.C. § 1505]

4. On or about September 30, 2020, in the Eastern District of Virginia, the defendant, JAMES B. COMEY JR. did corruptly endeavor to influence, obstruct and impede the due and proper exercise of the power of inquiry under which an investigation was being had before the Senate Judiciary Committee by making false and misleading statements before that committee.

5. All in violation of 18 U.S.C. § 1505.

A TRUE BILL

Pursuant to the E-Government Act, The original of this page has been filed under seal in the Clerk's Office

_____
Foreperson

By: _____
LINDSEY HALLIGAN
UNITED STATES ATTORNEY

← Post

**FBI Director Kash Patel** ✓
@FBIDirectorKash

Today, your FBI took another step in its promise of full accountability. For far too long, previous corrupt leadership and their enablers weaponized federal law enforcement, damaging once proud institutions and severely eroding public trust. Every day, we continue the fight to earn that trust back, and under my leadership, this FBI will confront the problem head-on.

Nowhere was this politicization of law enforcement more blatant than during the Russiagate hoax, a disgraceful chapter in history we continue to investigate and expose.

Everyone, especially those in positions of power, will be held to account - no matter their perch.

No one is above the law.

3:52 PM · Sep 25, 2025 · **4.7M** Views

💬 11K    🔁 14K    ♡ 71K    🔖 1.5K    ↑

💬 Read 11.2K replies



**New to X?**

Sign up now to get your own personalized timeline!

G Sign up with Google

 Sign up with Apple

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**What's happening**

Paris Fashion Week 2025
Womenswear SS26
LIVE

Music · Trending
**Life of a Showgirl**
501K posts

Trending in United States
**#LastFourWatched**

Trending in United States
**Exercise**
29.8K posts

Trending in United States
**Gerbil**
3,847 posts

Show more

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More ··· © 2025 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up

*[signature] 10/03/2025*

**TRUTH.**

← **Truth Details**

7173 replies

••• 

**New to Truth?**

Join Truth Social to get the full story and details.

**Create Account**

Sign In

**Donald J. Trump** ✓
@realDonaldTrump

JUSTICE IN AMERICA! One of the worst human beings this Country has ever been exposed to is James Comey, the former Corrupt Head of the FBI. Today he was indicted by a Grand Jury on two felony counts for various illegal and unlawful acts. He has been so bad for our Country, for so long, and is now at the beginning of being held responsible for his crimes against our Nation. MAKE AMERICA GREAT AGAIN!

**17.2k** ReTruths  **74k** Likes          Sep 25, 2025 at 4:24 PM

**Get Truth+**

Access the full experience with even more live and on-demand content.

**Subscribe**

Help Center • Legal

Proudly made in the United States of America. 🇺🇸

**Truth Social uses cookies**

Truth Social uses session cookies to help provide you with a fast and consistent user experience. These cookies are essential for the Truth Social service to work as intended. Truth Social also employs a third-party cookie to protect its website from harmful automated attacks. To learn more about the cookies we use, please visit our Privacy Policy.

Reject all   Customize   **Accept**

*[signature] 10/03/2025*

Case 1:25-cv-01734-LMB-IDD   Document 1-1   Filed 10/09/25   Page 6 of 17 PageID# 13

Trump says he expects charges for other adversaries after Comey indictment | Donald Trump | The Guardian                10/3/25, 12:30 PM

Donald Trump

# Trump says he expects charges for other adversaries after Comey indictment

President says 'I think there'll be others' as justice department condemned for enacting retribution campaign

Hugo Lowell *and* Sam Levine

Fri 26 Sep 2025 21.13 EDT



Donald Trump returns to the White House after travelling to the first day of the Ryder Cup at Bethpage in New York. Photograph: Kent Nishimura/EPA

Donald Trump said on Friday that he expected more people whom he considers his political enemies to face criminal charges, a day after the justice department indicted former FBI director James Comey and faced a torrent of criticism for enacting the president's campaign of retribution.

"It's not a list, but I think there'll be others," Trump said as he departed the White House to travel to the Ryder Cup golf tournament. "I mean, they're corrupt. They were corrupt radical left Democrats."

Trump's blunt remarks underscored the perilous moment for his political adversaries, given that the justice department pressed ahead with criminal charges against Comey, even though it was widely seen – inside and outside the administration – to be a weak case.

The indictment against Comey, filed in federal district court on Thursday in Alexandria, Virginia, alleged that he misled lawmakers in September 2020 when he stood by his previous testimony to Congress claiming he had never authorized anyone at the FBI to leak to reporters.

Prosecutors alleged that statement was not true and that Comey had authorized his friend and Columbia law school professor Dan Richman to leak to reporters about an investigation into Hilary Clinton, when Richman worked for a short time as a special government employee at the FBI.

But the underlying evidence against Comey, which remains unclear from the two-page indictment, was considered to be insufficient for a conviction. The issues were laid out in a memo and Erik Siebert, the then interim US attorney for the eastern district of Virginia, declined to bring charges.

**Most viewed**


Megachurc[h]
Trump advi[ser]
to child sex[ual]


US military
Virginia, bu[t]
and Hegset[h]
blanks?


RFK Jr fires
scientist we[...]
files whistle[blower]
complaint

*Dawnylai 10/03/2025*



# Attorney General Bondi, Director Patel Statements Regarding Indictment of Former FBI Director James Comey

Thursday, September 25, 2025

For Immediate Release
Office of Public Affairs

Today, a federal grand jury has charged former FBI Director James Comey with serious crimes related to the disclosure of sensitive information.

The indictment alleges that Comey obstructed a congressional investigation into the disclosure of sensitive information in violation of 18 USC 1505.

The indictment also alleges that Comey made a false statement in violation of 18 USC 1001. Comey stated that he did not authorize someone at the FBI to be an anonymous source. According to the indictment that statement was false.

"No one is above the law," said Attorney General Pamela Bondi. "Today's indictment reflects this Department of Justice's commitment to holding those who abuse positions of power accountable for misleading the American people. We will follow the facts in this case."

"Today, your FBI took another step in its promise of full accountability," said FBI Director Kash Patel. "For far too long, previous corrupt leadership and their enablers weaponized federal law enforcement, damaging once proud institutions and severely eroding public trust. Every day, we continue the fight to earn that trust back, and under my leadership, this FBI will confront the problem head-on. Nowhere was this politicization of law enforcement more blatant than during the Russiagate hoax, a disgraceful chapter in history we continue to investigate and expose. Everyone, especially those in positions of power, will be held to account - no matter their perch. No one is above the law."

An indictment is merely an allegation. All defendants are presumed innocent until proven guilty beyond a reasonable doubt in a court of law.

Updated September 25, 2025

**Components**

Office of the Attorney General    Federal Bureau of Investigation (FBI)

Press Release Number: 25-997

## Related Content





*[signature]* 10/03/2025

     

## Gaurav Jain's Post



**Gaurav Jain**
September 29 at 6:55 AM

James Comey of FBI – Federal Bureau of Investigation After reading this statement from @KashPatel of FBI – Federal Bureau of Investigation, I am very disappointed in you.

If you needed money, you did not have to take the route of corruption. You could have just sucked my penis and I would have made you a billionaire. Fucking A\*\*h\*\*\*.

cc Donald J. Trump The United States Department of Justice FBI – Federal Bureau of Investigation



JUSTICE.GOV

*Gaurav Jain* 10/03/2025

     

Search Facebook

## Gaurav Jain's Post 

 **Gaurav Jain**
October 1 at 11:24 AM

James Comey of FBI – Federal Bureau of Investigation This was the conspiracy.

* Donald J. Trump wanted to destroy your book selling business as he did terminate your employment in 2017.
* Donald J. Trump took the refuge in indictment of Sep 25, 2025 and pressurized The United States Department of Justice to indict you.
* @KashPatel of FBI – Federal Bureau of Investigation colluded with him in insinuating you corrupt on X formerly Twitter without evidence or even indictment.
* Being privileged for his statements, Donald J. Trump declared you corrupt to his millions of followers without evidence using unrelated indictment as a tool to spread false statements
* He asked to indict first before declaring corrupt to intimidate you from filing slander and libel complaint in future and take away your time and resources.

cc FBI – Federal Bureau of Investigation The United States Department of Justice

 **Gaurav Jain** updated his status.
September 26 at 9:32 PM

James Comey of FBI – Federal Bureau of Investigation If you are scared of Donald J. Trump to file a defamation lawsuit against @KashPatel of FBI – Federal Bureau of Investigation for calling you corrupt after the indictment which itself did not press any corruption charges.

I can do it on your behalf. If you don't want me to do it, reply to this post in comments section with following text verbatim.

"Please don't file any lawsuit on my behalf inside USA."

I should be able to somehow verify it. Please ask FBI – Federal Bureau of Investigation to reply on your behalf.

Otherwise, I will present this post as evidence of your consent.

*[signature]* 10/03/2025

    

## Gaurav Jain's Post

 **Gaurav Jain** updated his status.
September 26 at 9:32 PM · 🌐

James Comey of **FBI – Federal Bureau of Investigation** If you are scared of **Donald J. Trump** to file a defamation lawsuit against @KashPatel of **FBI – Federal Bureau of Investigation** for calling you corrupt after the indictment which itself did not press any corruption charges.

I can do it on your behalf. If you don't want me to do it, reply to this post in comments section with following text verbatim.

"Please don't file any lawsuit on my behalf inside USA."

I should be able to somehow verify it. Please ask **FBI – Federal Bureau of Investigation** to reply on your behalf.

Otherwise, I will present this post as evidence of your consent.

cc **The United States Department of Justice** cc **Donald J. Trump FBI – Federal Bureau of Investigation MSNBC CNN Fox News**

2 comments   74 shares

 Like     Comment     Share

 **Gaurav Jain**
You have until EOD Sunday 09/28/2025 PST to reply.
6d   Like   Reply

 **Gaurav Jain**
James Comey of **FBI – Federal Bureau of Investigation** Also, considering **Donald J. Trump** is making lot of money in tariffs, my number would be $750M. Let me know if you have a different number in mind.

 Comment as Gaurav Jain

*[signature]* Gaurav Jain 10/03/2025

  Search Facebook                 

## Gaurav Jain's Post                                                                    ✕

 **Gaurav Jain**
September 29 at 9:11 PM · ⚙

**FBI – Federal Bureau of Investigation** I will be initiating a lawsuit against you on behalf of your ex-employee "James Comey" who worked as your Director.

Since Sep 25, 2025, I have tagged you in many posts. I am assuming you are doing the necessary to communicate with "James Comey" as and when necessary.

cc **Donald J. Trump The United States Department of Justice**

*[signature] Gauravjai 10/03/2025*

  Search Facebook                

## Gaurav Jain's Post                                       

 **Gaurav Jain**
September 29 at 8:29 PM · ⚙

James Comey of FBI – Federal Bureau of Investigation I was wondering how would I sign this lawsuit on your behalf. This is what I came up with.

"Gaurav Jain, attorney-in-fact for James Comey" or
"Gaurav Jain, next-friend for James Comey"

https://www.vacourts.gov/static/forms/circuit/cc1416.pdf

cc Donald J. Trump The United States Department of Justice

---

 **Gaurav Jain** updated his status.
September 26 at 9:32 PM · 🌐

James Comey of FBI – Federal Bureau of Investigation If you are scared of Donald J. Trump to file a defamation lawsuit against @KashPatel of FBI – Federal Bureau of Investigation for calling you corrupt after the indictment which itself did not press any corruption charges.

I can do it on your behalf. If you don't want me to do it, reply to this post in comments section with following text verbatim.

"Please don't file any lawsuit on my behalf inside USA."

I should be able to somehow verify it. Please ask FBI – Federal Bureau of Investigation to reply on your behalf.

Otherwise, I will present this post as evidence of your consent.

cc The United States Department of Justice cc Donald J. Trump FBI – Federal Bureau of Investigation MSNBC CNN Fox News

*[signature]* 10/03/2025

  Search Facebook             

## Gaurav Jain's Post                                              ✕

 **Gaurav Jain**
September 29 at 8:37 PM · ⚙

James Comey of FBI – Federal Bureau of Investigation I will use similar text to justify your attorney-in-fact or next-friend.

AI Overview
Yes, fear can be considered a legal disability, particularly when it stems from a diagnosed anxiety disorder, such as a phobia, panic disorder, or Post-Traumatic Stress Disorder (PTSD). To qualify as a legal disability under laws like the Americans with Disabilities Act (ADA), the fear must be severe and significantly interfere with an individual's ability to perform major life activities, like working or participating in daily tasks.

cc Donald J. Trump The United States Department of Justice

 **Gaurav Jain** updated his status.
September 26 at 9:32 PM · 🌐

James Comey of FBI – Federal Bureau of Investigation If you are scared of Donald J. Trump to file a defamation lawsuit against @KashPatel of FBI – Federal Bureau of Investigation for calling you corrupt after the indictment which itself did not press any corruption charges.

I can do it on your behalf. If you don't want me to do it, reply to this post in comments section with following text verbatim.

"Please don't file any lawsuit on my behalf inside USA."

I should be able to somehow verify it. Please ask FBI – Federal Bureau of Investigation to reply on your behalf.

Otherwise, I will present this post as evidence of your consent.

cc The United States Department of Justice cc Donald J. Trump FBI – Federal Bureau of Investigation MSNBC CNN Fox News

*[signed]* Gaurav Jain 10/03/2025

     

## Gaurav Jain's Post 



**Gaurav Jain**
September 30 at 7:11 PM ·

The United States Department of Justice Please be informed that I will be filing a "Next Friend" civil complaint on behalf of "James Comey" as referred in this indictment against you, FBI – Federal Bureau of Investigation and Donald J. Trump.

Please do the necessary. Docket Number: 1:25-cr-00272

https://storage.courtlistener.com/.../gov.uscourts.vaed...



**Gaurav Jain** updated his status.
September 26 at 9:32 PM ·

James Comey of FBI – Federal Bureau of Investigation If you are scared of Donald J. Trump to file a defamation lawsuit against @KashPatel of FBI – Federal Bureau of Investigation for calling you corrupt after the indictment which itself did not press any corruption charges.

I can do it on your behalf. If you don't want me to do it, reply to this post in comments section with following text verbatim.

"Please don't file any lawsuit on my behalf inside USA."

I should be able to somehow verify it. Please ask FBI – Federal Bureau of Investigation to reply on your behalf.

Otherwise, I will present this post as evidence of your consent.

cc The United States Department of Justice cc Donald J. Trump FBI – Federal Bureau of Investigation MSNBC CNN Fox News

1 comment



**Gaurav Jain**
The United States Department of Justice Please be aware that in the court I will

*[signature]* Gaurav Jain 10/03/2025

# THE UNITED STATES OF AMERICA

No. 44194897

## CERTIFICATE OF NATURALIZATION

*Personal description of holder as of date of naturalization:*

*Date of birth:* JANUARY 31, 1979

*Sex:* MALE

*Height:* 5 feet 08 inches

*Marital status:* SINGLE

*Country of former nationality:* INDIA

*USCIS Registration No.* A089 653 857

*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*

(Complete and true signature of holder)

*Be it known that, pursuant to an application filed with the Secretary of Homeland Security,*

*at:* SAN FRANCISCO, CALIFORNIA

*The Secretary having found that:*

GAURAV JAIN

*residing at:*
SAN FRANCISCO, CALIFORNIA

*having complied in all respects with all of the applicable provisions of the naturalization laws of the United States, being entitled to be admitted as a citizen of the United States, and having taken the oath of allegiance at a ceremony conducted by*

U.S. CITIZENSHIP AND IMMIGRATION SERVICES

*at:* SAN FRANCISCO, CALIFORNIA   *on:* OCTOBER 03, 2022

*such person is admitted as a citizen of the United States of America.*

U. S. Citizenship and Immigration Services

10/03/2025

## DEPARTMENT OF HOMELAND SECURITY





CLASS: C - Veh w/GVWR ≤26000, No M/C
ENDORSEMENTS: None
RESTRICTIONS: 01-Must wear corrective lenses when driving

This card is not acceptable for official federal purposes. This license is issued only as a license to drive a motor vehicle. It does not establish eligibility for employment, voter registration, or public benefits.

013179

Rev 08/29/2017
21074D97895970401

10/03/2025