IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JAMES B. COMEY JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) 1:25-cv-1734 (LMB/IDD) |
| KASH PATEL et al., | ) ) ) |
| Defendants. | ) ) |

ORDER

Describing himself as "Next Friend" of James B. Comey, Jr. ("Comey"), pro se plaintiff Gaurav Jain ("Jain") has attempted to file a civil action for slander and libel in violation of Va. Code § 18.2-417, and conspiracy to intimidate in violation of 18 U.S.C. § 241, against the Department of Justice, the Federal Bureau of Investigations ("FBI,") FBI Director Kash Patel, and President Donald J. Trump, seeking $1.98 billion in damages for Comey and an order requiring defendants to retract their statements about Comey.

When a pro se litigant seeks leave to file a complaint in forma pauperis, the Court has an independent obligation to review the proposed Complaint to ensure it alleges cognizable causes of action over which the Court has jurisdiction and to prevent meritless or fanciful litigation from misusing scarce judicial resources. See 28 U.S.C. § 1915(e)(2)(B). Although plaintiff's Complaint must be afforded a liberal construction because he is proceeding pro se, liberal construction cannot save a complaint as nebulous as the one submitted in this civil action. Accord Naja v. Zahir, 2021 WL 5348671, at *5 (E.D. Va. Nov. 16, 2021).

Jain claims authority to bring this litigation on behalf of Comey pursuant to Federal Rule of Civil Procedure 17; however, Jain does not qualify under this rule to represent Comey in any

respect, and Comey does not qualify as a person for whom representation under Rule 17 is appropriate. For these reasons, it is hereby

ORDERED that this civil action be and is DISMISSED WITH PREJUDICE; and it is further

ORDERED that Jain's Motion for Leave to Proceed In Forma Pauperis [Dkt. No. 2] and Application to Exclude Plaintiff Contact Details in Civil Complaint Form [Dkt. No. 4] be and are DENIED as moot; and it is further

ORDERED that the Clerk destroy the 6 envelopes attached to the proposed Complaint.

To appeal this decision, plaintiff must file a written notice of appeal with the Clerk of the Court within sixty (60) days of the date of entry of this Order. A notice of appeal is a short statement indicating a desire to appeal, including the date of the order plaintiff wants to appeal. Plaintiff need not explain the grounds for appeal until so directed by the United States Court of Appeals for the Fourth Circuit. Failure to file a timely notice of appeal waives plaintiff's right to appeal this decision.

The Clerk is directed to forward a copy of this Order to plaintiff Jain, pro se, at his address of record, and close this civil action.

Entered this 10th day of October, 2025.

Alexandria, Virginia

/s/ 
Leonie M. Brinkema
United States District Judge

2